*In re* JUAN ANTONIO BARLUCEA CORDOVÉS.

*Número:* TS-7249        *Resuelto:* 25 de enero de 2002

*Ricardo Morales Maldonado*, abogado de la parte querellada.

## RESOLUCIÓN

Vista la Solicitud de Reinstalación presentada por Juan Antonio Barlucea Cordovés el 26 de noviembre de 2001, a la luz de nuestra opinión *per curiam* de 15 de octubre de 2001, se autoriza su reinstalación al ejercicio de la abogacía, efectivo hoy.

*Notifíquese por escrito y por la vía telefónica, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Presidente Señor Andréu

García y el Juez Asociado Señor Hernández Denton no intervinieron.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*